1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

11    STEDVIENO D'BARGE MAYES,              1:24-cv-00190-EPG (PC)

12              Plaintiff,

13         v.                               ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
14    SAN JOAQUIN COUNTY                     EASTERN DISTRICT OF CALIFORNIA
      COURTS, et al.,
15

16              Defendants.

17

18
          Plaintiff Stedvieno Mayes, a state prisoner proceeding *pro se,* has filed a civil rights action
19
      pursuant to 42 U.S.C. § 1983, together with a request to proceed *in forma pauperis* pursuant to
20
      28 U.S.C. § 1915.
21
          In his complaint, Plaintiff alleges violations of his civil rights by defendants. The alleged
22
      violations took place in San Joaquin County, which is part of the Sacramento Division of the
23
      United States District Court for the Eastern District of California. Therefore, the complaint should
24
      have been filed in the Sacramento Division.
25
          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
26
      court may, on the court's own motion, be transferred to the proper court. Therefore, this action
27
      will be transferred to the Sacramento Division. This Court will not rule on Plaintiff's request to
28
      proceed in forma pauperis.

                                               1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4–200
> Sacramento, CA 95814

3. This court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **February 13, 2024**      _/s/ Carin P. Grosjean_
UNITED STATES MAGISTRATE JUDGE