UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| STEDVIENO D'BARGE MAYES, | No. 2:24-cv-0459 TLN CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY COURTS, et al., | |
| Defendants. | |

On September 9, 2024, the court dismissed plaintiff's complaint with leave to amend. In a recent filing, plaintiff indicates he sent his amended complaint to the court. However, the court has not received it. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an additional thirty days from the date of this order in which to file his amended complaint.

2. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice

Dated: October 23, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/maye0459.36