UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEDVIENO D'BARGE MAYES,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN COUNTY COURTS, et al.,<br><br>Defendants. | No. 2:24-cv-0459 TLN CKD P<br><br><br><br><br>FINDINGS AND RECOMMENDATIONS |

     On September 9, 2024, plaintiff's complaint was dismissed with leave to amend. The amended complaint was due on November 22, 2024, and plaintiff has not filed an amended complaint.

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

1

time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 11, 2024

                                             _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

maye0459.fta

2