UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEDVIENO D'BARGE MAYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY COURTS, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-0459 TLN CKD P<br><br>ORDER |

　　　Plaintiff requests more time within which to file his amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff is granted an additional thirty days from the date of this order in which to file his amended complaint.

　　　2. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice

　　　3. The court's December 11, 2024, findings and recommendations are vacated.

Dated:  January 3, 2025

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/maye0459.36(2)